■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH BRUNSON, Appellant.—Judgment unanimously affirmed. Memorandum: The Fourth Amendment claims raised by defendant were resolved on the appeal of his codefendant (see, People v Simmons, 101 AD2d 1032). Determination of which prior crimes may be introduced to impeach a defendant is within the sound discretion of the trial court (see, People v Armstrong, 148 AD2d 963) and the court's Sandoval ruling was not an abuse of that discretion. (Appeal from judgment of Monroe County Court, Marks, J.—burglary, third degree; petit larceny.) Present—Dillon, P. J., Callahan, Denman, Green and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED BELL, Appellant.—Judgment unanimously affirmed. Memorandum: The verdict is supported by the weight of the evidence (see, People v Bleakley, 69 NY2d 490). The victim's identification was strong, unequivocal and reliable. The victim was familiar with the defendant, having employed him for several months shortly before the incident. On this record there is no reason to modify defendant's sentence. (Appeal from judgment of Monroe County Court, Egan, J.—robbery, first degree, and other charges.) Present—Dillon, P. J., Callahan, Denman, Green and Davis, JJ.